# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

FREDERICK D. REED, JR.

NO. 2019 KW 0960

OCT 1 8 2019

---

In Re:  Frederick D. Reed, Jr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 10-08-0822.

---

**BEFORE:  McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

Dane S. Wil

DEPUTY CLERK OF COURT
FOR THE COURT